Case number 13-3020, City of Chicago v. LMG2 And the parties can argue, please step forward and introduce yourselves Good morning your honor, Miriam Casper on behalf of the City of Chicago Good morning your honor, David Gordon here on behalf of the FLE LMG2 Okay, I'm going to make a few statements First, as you understand, we'll probably give you leeway beyond the normal period of time Since there probably will be several pointed questions on this Secondly, what bothers me a little, and it has no effect on our ruling But personally, and I suggested before to the other two, and we could have no party in this But this is the type of case that should have been sat down and argued before somebody attempted to resolve through settlement process And I just ask you once more, and again emphasize this has no bearing on our feelings on the case or how we would rule But if you felt that you would still want an attempt to settle this or resolve it Not any of the three of us could do it, but another justice would be glad to do it So I don't know if you want to take a minute and talk or if you just clearly just want to go forward Let me just add a little bit of a difference then I'm not saying, and I don't believe that Justice Smith was suggesting that it should have been settled But our concern was that we wanted to offer the opportunity once again for the parties to consider Whether this is something that they would wish to do And if they did, and it was simply a situation where communication had broken down Or that one side or the other didn't want to be the first one to suggest further discussion That we wanted to provide an avenue for that discussion to possibly occur If indeed you have exhausted all possibility of doing that, that's perfectly all right Or if you have no interest in doing that, that's perfectly all right We want to at least raise this issue and if the sides both would like to speak again We could postpone this oral argument pending settlement discussions And give you a very prompt hearing should the settlement discussions actually not produce a settlement So it isn't anything that we would hold against one or either party or both parties If it didn't settle it would play no part whatsoever in our ultimate determination of legal issues But we thought that this is something we felt compelled to raise Take a moment to confer I'll tell you what, why don't we take a five minute recess We'll exit for a couple of minutes Oh wait, I've got to get off the bench Well then maybe you guys don't No, that's all right I don't want to carry you Come on, get up Make sure you know how to do this Please rise, this court is back in session That'll be a big small That'll be the first one in 20 years Have a seat, can the two of you please step up Ann, I don't know if you've agreed to do something or not But basically we don't want to know if one or the other is elected not to do anything We just want to know what your next step is Your Honor, we've agreed that we would take a continuance on the oral argument That's fine What I would suggest that each of you do is confer as to possible Thursday dates coming up Realize that the two of these I lose, one in December and one in January But I would suggest Thursday dates that are agreeable for you and then contact the clerk's office And we'll do whatever you want to do on this case And even because of the impending departure of two of us, we'll be happy to consider doing it on dates other than Thursday Assuming there are courtrooms available Thank you, Your Honor We appreciate that I don't think there'd be any way that this would go past those dates We'd like a relatively short continuance But recognize that there's also a period of time when you have to write the decision Fair point, Your Honor I don't think we need any order No, I don't think we do Just continue the oral argument to a date to be determined later Okay, thank you Thank you very much, Your Honor I'm going to stay here with my law clerks This court adjourned Okay, whatever you decide Will my law clerks stick around after everybody else leaves?